UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

PATRICIA FELDMAN, NEREIDA AGUILERA,
MAIRA HENRIQUEZ, JACQUILENE ABREU,
individually and on behalf of those individuals
similarly situated,

           Plaintiffs,

-against-

TACO BELL CORP., TACO BELL OF
AMERICA, LLC and YUM! BRANDS, INC.,

           Defendants.

----------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

DEC 15 2014

LONG ISLAND OFFICE

Case No.: 14-cv-4600 (LDW) (ARL)

**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

    WHEREAS, this Stipulation and Order of Final Dismissal with Prejudice ("Stipulation") is entered into between Named Plaintiffs Patricia Feldman, Jacquilene Abreu, Maira Henriquez, Nereida Aguilera ("Named Plaintiffs") and Opt-in Plaintiff Maria Garcia ("Opt-In Plaintiff") ("Named Plaintiffs" and "Opt-in Plaintiff" collectively hereinafter "Plaintiffs") and Taco Bell Corp., Taco Bell of America, LLC and Yum! Brands, Inc. (hereinafter "Defendants") ("Plaintiffs" and "Defendants" collectively hereinafter "Parties"), by and through their undersigned counsel of record; and

    WHEREAS, the Named Plaintiffs commenced this action on or about August 1, 2014 on behalf of themselves and all other employees they claim are similarly situated, seeking damages for alleged unpaid minimum wage and overtime pursuant to the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"), alleged failure to pay spread of hours pay, illegal deductions from pay, failure to provide break time and failure to pay earned wages in

1

violation of the NYLL, and common law breach of contract, conversion, unjust enrichment and quantum meriut claims; and

WHEREAS Opt-in Plaintiff Maria Garcia filed a consent to join the lawsuit as a party plaintiff on or about August 21, 2014; and

WHEREAS the Parties understand and agree that Defendants deny each and every allegation of wrongdoing asserted in this litigation, including, but not limited to, all such allegations contained in Plaintiffs' Complaint, and in any other papers filed or served by Plaintiffs or on Plaintiffs' behalf in the above-captioned action;

WHEREAS the Parties exchanged relevant documents, deliberated over the claims and defenses in the case, engaged in good-faith, arms-length negotiations and believe the terms of the Negotiated Settlement Agreement & General Release constitute a full and fair settlement of the claims raised by Plaintiffs in this lawsuit or that could have been raised by Plaintiffs in this lawsuit, taking into account the allegations asserted by Plaintiffs, the relevant documents and the defenses asserted by Defendants and that Plaintiffs have not compromised their claims;

This Court, having considered the foregoing, IT IS HEREBY ORDERED, that the above-captioned action is hereby dismissed in its entirety (including all FLSA and NYLL claims), with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

The Clerk of the Court shall close this case.

|  |  |
|---|---|
| By: /s/ Saul D. Zabell | Respectfully submitted,<br>By: /s/ Felice B. Ekelman |
| Saul D. Zabell | Felice B. Ekelman<br>Wendy J. Mellk<br>Douglas J. Klein |
| *Attorneys for Plaintiffs*<br>ZABELL & ASSOCIATES, P.C.<br>1 Corporate Drive, Suite 103<br>Bohemia, New York 11716<br>(631) 589-7242 | *Attorneys for Defendants*<br>JACKSON LEWIS P.C.<br>666 Third Avenue<br>New York, New York 10017<br>Tel.: (212) 545-4000 |
| Date: 12-6-14, 2014 | Date: 12/9, 2014 |

SO ORDERED:

/s/ Leonard D. Wexler
Hon. Leonard D. Wexler

Dated: December 15, 2014
Central Islip, New York

3